UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DAHON NORTH AMERICA INC.

   Plaintiff,        2:11-CV-1458-LRH-GWF

v.

               ORDER

MOBILITY HOLDINGS, LTD., et al.,

   Defendants.

   Before the court is plaintiff Dahon North America Inc.'s ("Dahon") motion to require defendants to provide notice of the filing of any motion for a temporary restraining order concerning the Interbike Expo held in Las Vegas, Nevada between September 12-16, 2011. Doc. #2. The court has reviewed the record of this action and notes that the Interbike Expo has already concluded and defendants did not file a related motion for temporary restraining order.

   IT IS THEREFORE ORDERED that plaintiff's motion for notice (Doc. #2) is DENIED.

   IT IS SO ORDERED.

   DATED this 5th day of October, 2011.

                 _____
                 LARRY R. HICKS
                 UNITED STATES DISTRICT JUDGE